UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOUNG YIL JO,<br><br>          Plaintiff,<br><br>     v.<br><br>SIX UNKNOWN NAMES AGENTS, BARACK OBAMA, President of the United States, et al.,<br><br>          Defendants. | Case No. C13-991-RSL<br><br>**ORDER OF DISMISSAL** |

The Court, having reviewed plaintiff's proposed complaint (Dkt. 1), the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, and the remaining record, does hereby **ORDER**:

(1) The Court adopts the Report and Recommendation;

(2) The proposed complaint (Dkt. 1) is **DISMISSED** with prejudice for failure to state a claim upon which relief may be granted; and

(3) This dismissal shall count as a **STRIKE** under 28 U.S. C. § 1915(g).

Dated this 7th day of August, 2013.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER OF DISMISSAL - 1